

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Glyn Weaver, Appellant

No. 06-18-00023-CV        v.

H.E. Lacey, Inc., Appellee

Appeal from the 159th District Court of Angelina County, Texas (Tr. Ct. No. CV-00705-16-10). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Glyn Weaver, pay all costs of this appeal.

RENDERED SEPTEMBER 26, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk